UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GARY WALKER, <br><br> Plaintiff, <br><br> V. <br><br> BANK OF NEW YORK MELLON AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 2006-CB39, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-CB39; NEWREZ, LLC DBA SHELLPOINT MORTGAGE SERVICING, <br><br> Defendants. | CIVIL ACTION NO. 1:19-CV-00310 |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-39CB, Mortgage Pass Through Certificates, Series 2006-39CB and NewRez LLC d/b/a Shellpoint Mortgage Servicing provide the following certificate of interested persons pursuant to Federal Rule of Civil Procedure 7.1:

DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
Civil Action No. 1:19-cv-00310; *Gary Walker v. Bank of New York Mellon, as Trustee, et al.*

Page 1 of 4

| PARTIES TO SUIT | AFFILIATION OF PARTY TO SUIT | ADDITIONAL FINANCIALLY INTERESTED ENTITIES AND/OR INDIVIDUALS |
|---|---|---|
| Gary J. Walker | Plaintiff | None known. |
| The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-39CB, Mortgage Pass Through Certificates, Series 2006-39CB | Defendant | The Bank of New York Mellon is a wholly owned subsidiary of The Bank of New York Mellon Corporation. The Bank of New York Mellon Corporation, a Delaware corporation, owns 100% of The Bank of New York Mellon. |

| Parties to Suit | Affiliation of Party to Suit | Additional Financially Interested Entities and/or Individuals |
|---|---|---|
| NewRez LLC d/b/a Shellpoint Mortgage Servicing | Defendant | NewRez, LLC d/b/a Shellpoint Mortgage Servicing is a wholly-owned subsidiary of Shellpoint Partners LLC, a Delaware limited liability company.<br><br>Shellpoint Partners LLC is a wholly-owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC, Delaware limited liability companies.<br><br>Both NRM Acquisition entities are wholly-owned subsidiaries of New Residential Mortgage LLC, a Delaware limited liability company.<br><br>New Residential Mortgage LLC is a wholly-owned subsidiary of New Residential Investment Corporation, a Delaware corporation.<br><br>New Residential Investment Corporation is publicly traded on the New York Stock Exchange under the ticker symbol NRZ. |

Date: June 10, 2019

Respectfully submitted,

*/s/ Steven M. Stoehr*
Steven M. Stoehr, Esq. # 9347
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458
Telephone: 617.558.0780
Facsimile: 617.243.4038
sstoehr@harmonlaw.com

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing notice of removal has been made this 10th day of June, 2019 upon the following via electronic notification procedures and first class mail, postage prepaid:

John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston, Rhode Island 02920
*Counsel for Mr. Walker*

*/s/ Steven M. Stoehr*
Steven M. Stoehr, Esq. # 9347