**UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **GARY WALKER,**<br><br>     **Plaintiff,**<br><br>**V.**<br><br>**BANK OF NEW YORK MELLON AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 2006-CB39, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-CB39; NEWREZ, LLC DBA SHELLPOINT MORTGAGE SERVICING,**<br><br>     **Defendants.** | **CASE NO. 1:19-CV-00310-WES-LDA** |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

On December 26, 2019, Shellpoint advised Mr. Walker his loss mitigation application was complete. On January 14, 2020, Shellpoint approved Mr. Walker's participation in a trial period plan for a modification. As required by the plan, Mr. Walker made the final of three trial plan payments on April 2, 2020. Shellpoint is preparing a permanent modification offer. If Mr. Walker accepts, the parties will work on finalizing a formal settlement agreement to resolve this dispute.

The parties respectfully request the court defer entry of a scheduling order until after June 15, 2020, at which time the parties will submit another status update.

Dated: April 16, 2020.

                                            Respectfully submitted,

                                            PLAINTIFF
                                            By his Attorney,

                                            */s/ John B. Ennis (with permission)*
                                            JOHN B. ENNIS #2135
                                            1200 Reservoir Avenue
                                            Cranston, Rhode Island 02920
                                            (401) 943-9230
                                            Jbelaw75@gmail.com

                                            DEFENDANTS,
                                            By their Attorney

                                            */s/ C. Charles Townsend*
                                            C. Charles Townsend
                                            Admitted Pro Hac Vice
                                            Akerman LLP
                                            2001 Ross Avenue, Suite 3600
                                            Dallas, TX  75201
                                            (214) 720-4300
                                            Charles.Townsend@akerman.com


                                            */s/ Steven M. Stoehr*
                                            STEVEN M. STOEHR, #9347
                                            Harmon Law Offices, PC
                                            150 California Street
                                            Newton, MA 02458
                                            (617) 558-0780
                                            sstoehr@harmonlaw.com


## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of April, 2020, I caused a copy of the enclosed to be served on counsel for Mr. Walker through the Court's ECF/ECM case filing system.

                                                                   /s/ C. Charles Townsend
                                                                   C. Charles Townsend